[NOT FOR PUBLICATION–NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

———

No. 98-2341

FRANCISCA BIBILONI,

Plaintiff, Appellant,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant, Appellee.

———

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Jose Antonio Fuste, U.S. District Judge]

———

Before

Torruella, Chief Judge,
Stahl and Lipez, Circuit Judges.

———

Melba N. Rivera-Camacho on brief for appellant.
Guillermo Gil, United States Attorney, Lilliam Mendoza Toro,
Assistant U.S. Attorney, and Robert J. Triba, Chief Counsel,
Social Security Administration, on brief for appellee.

———

March 8, 2000

———

**Per Curiam**. We have carefully reviewed the briefs of the parties and the record and conclude that the judgment of the district court should be affirmed for essentially the reasons stated in its Opinion and Order, dated August 31, 1998. We add only two comments. First, the record plainly contains conflicting evidence regarding the extent to which claimant's physical and mental impairments affect her ability to engage in work related activities. Such conflicts are for the Commissioner, not the courts. See Rodriguez Pagan v. Secretary of Health and Human Services, 819 F.2d 1, 3 (1st Cir. 1987) (per curiam). Second, because this case is virtually indistinguishable from Ortiz v. Secretary of Health and Human Services, 890 F.2d 520 (1st Cir. 1989) (per curiam), the administrative law judge's reliance on the grid was permissible.

Affirmed. See Local Rule 27(c).